**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LATWAHN McELROY, aka Lathwahn McElroy, Jabbari McElroy, E.J. McElroy, Eibon McElroy,<br>Plaintiff,<br>v.<br>A. DELGADO, et al.,<br>Defendants. | No. 2:26-cv-2604-DAD-IDC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file objections to the findings and recommendations issued on August 14, 2026. ECF No. 8. Good cause appearing, Plaintiff's motion is granted. Objections to the Court's August 14, 2026, findings and recommendations are due within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: September 15, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE